JULIA D. SMITH, Respondent, v. ROY A. SMITH, Appellant.— The action is for separation on the grounds of cruelty, desertion and nonsupport, and for a declaratory judgment decreeing a Florida decree of divorce obtained by defendant on October 14, 1941, to be null and void. After trial the court held that the Florida decree of divorce was a bar to this action and judgment was entered dismissing the complaint. Plaintiff appealed. An order was entered directing defendant to pay plaintiff $415 for the expenses of procuring the minutes and printing the record and, in addition, $250 for counsel fees (which sum shall include the cost of printing plaintiff's brief) in prosecuting the appeal from the judgment, and defendant appeals. Order, made on reargument, modified on the facts by striking therefrom the words and figures " ($415.00) Four Hundred and Fifteen " and inserting in place thereof the words and figures " ($65.00) Sixty-Five "; and by striking out the words " and printing the record on appeal ". As thus modified, the order is affirmed, without costs. Permission is hereby granted to plaintiff to dispense with the printing of the record on appeal, and the appeal may be heard on the original minutes. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [190 Misc. 298.]

MURAD A. SUTTON, Respondent, v. NORMAN JEMAL, Appellant.— Order denying defendant's motion to vacate plaintiff's demand for bill of particulars or, in the alternative, to. modify such demand, insofar as appealed from, affirmed, with $10 costs and disbursements, and the defendant's time to serve the bill of particulars is extended until ten days from the entry of the order hereon. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

TOANO REALTY CORPORATION, Respondent, v. LLOYDS OF WHITE PLAINS, INC., et al., Appellants.— On appeal by defendant Lloyds of White Plains, Inc., final order of the County Court, Westchester County, in summary proceedings to recover possession of real property, and intermediate order of said court denying motion to dismiss petition and denying order for jury trial, unanimously affirmed, with costs. No opinion. Pursuant to stipulation of the attorneys for respondent and the attorney for appellants Lion Furniture Co., Inc., and Simon Elieson, dated November 21, 1947, the appeal of said appellants is withdrawn, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See post, p. 817.]

ANTHONY WIVCHAR, JR., Appellant, v. RIVERHEAD ESTATES, INC., Respondent, et al., Defendants.— In an action by the payee to recover from the maker of five promissory notes it is asserted by way of defense and counterclaim that there was a failure of consideration because of a breach of the agreement for which the notes were given. Order denying plaintiff's motion for summary judgment affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.